UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RONALD RAGAN, JR., | )<br>) |
| *Plaintiff, Counterclaim-Defendant,* | )<br>) |
| v. | )<br>) Case No. 4:18-cv-01010-HFS |
| BERKSHIRE HATHAWAY AUTOMOTIVE INC., | )<br>) |
| *Defendant, Counterclaim-Plaintiff.* | )<br>)<br>) |

## MEMORANDUM TO COUNSEL

Evaluation of the very large fee claim, considering plaintiff's resources, seems materially dependent on the merits. While that can be reconsidered by me, it may be greatly assisted by the views of the three-judge appellate panel, which will be known some months in the future. Although a delayed ruling has its disadvantages, the possible benefit of the views of three appellate judges outweighs the advantage of a prompt decision. Whether $100,000 is awarded or the full amount claimed, it is likely uncollectible given what is disclosed as to plaintiff's financial condition. My present intention, therefore, is to await a decision before ruling the fee request.[1]

                                                       */s/ Howard F. Sachs*
                                                       HOWARD F. SACHS
                                                       UNITED STATES DISTRICT JUDGE

Dated: June 12, 2023
Kansas City, Missouri

---

[1] Without advocating settlement negotiations it may be appropriate to note that the entire controversy might be mooted by successful negotiations.